**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 25-cr-310-PAB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

DOUGLAS L. BISHOP,

     Defendant.

---

**INFORMATION**

---

The United States Department of Justice, Tax Division charges:

**COUNT 1
26 U.S.C. § 7201**
(Tax Evasion)

1.     From in or about July of 2008 through on or about August 28, 2022, in the District of Colorado and elsewhere, Douglas L. Bishop, DEFENDANT, a resident of Colorado Springs, Colorado, willfully attempted to evade and defeat a substantial amount of income tax due and owing by him to the United States of America, for the calendar year 2014, by committing at least one of the following affirmative acts, among others:

     a.  causing the creation of a trust entity called Eph320 Holdings ("Eph320") and a limited liability company called TwoCor Nine-Eight LLC ("TwoCor");

     b.  causing income that he received during 2014 in the form of commission fees and other business receipts for the sale of life insurance policies to be paid to TwoCor;

c.  causing 90% of the income paid to TwoCor to be attributed to Eph320, a purported "International Business Trust" that was devoid of economic substance and served no legitimate business purpose, and only 10% of the income paid to TwoCor Nine-Eight LLC to be attributed to himself; and

d.  preparing and causing to be prepared, and signing and causing to be signed, Form 1040, U.S. Individual Income Tax Return ("Form 1040"), for tax year 2014 which falsely reported that his income and tax liability for 2014 was zero when he knew his taxable income and tax liability were substantially more than that amount and submitting or causing the Form 1040 to be submitted to the IRS.

In violation of Title 26, United States Code, Section 7201.


/s/ Megan L. Jones_____
MEGAN L. JONES
Trial Attorney
Department of Justice, Tax Division
150 M St. NE
Washington, D.C. 20002
(202) 305-8894
Megan.Jones@usdoj.gov

/s/ Regina Jeon_____
REGINA JEON
Trial Attorney
Department of Justice, Tax Division
150 M St. NE
Washington, D.C. 20002
(202) 307-0855
Regina.Jeon@usdoj.gov


*Attorneys for the United States*